**Opinion issued March 28, 2024**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————

## NO. 01-23-00836-CV

———————————

## IN THE MATTER E.L.V., Appellant

---

**On Appeal from the 313th District Court**
**Harris County, Texas**
**Trial Court Case No. 2023-00735J**

---

### MEMORANDUM OPINION

Appellant E.L.V., a juvenile, has filed an unopposed motion to voluntarily dismiss his appeal. *See* TEX. R. APP. P. 42.1(a)(1) (voluntary dismissal of civil appeals); *see also* TEX. FAM. CODE § 56.01(b) (juvenile appeals are governed by rules "in civil cases generally"). Appellant's motion, signed by appellant and his attorney, includes a statement that appellant is informed of his right to appeal and

understands the consequences of dismissing of his appeal. We conclude that appellant's motion is sufficient to show that he has knowingly and voluntarily waived his right to appeal. *See* TEX. FAM. CODE § 51.09. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

**PER CURIAM**

Panel consists of Justices Goodman, Landau, and Hightower.